# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK DOUGLAS WARD,
                                    Appellant,
                    vs.
SVETLANA RITZA VILLAFLOR,
                                    Respondent.

No. 80075

FILED

DEC 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order, and no appealable order appears in the district court docket entries. Accordingly, this court lacks jurisdiction, and ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Erik Douglas Ward
       Svetlana Ritza Villaflor
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-50755